UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 06cr2158 JM |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER GRANTING MOTION TO |
| ) | SHORTEN TIME [Docket No. 84] |
| PEDRO MOYTEZ-PINEDA, ) | |
| ) | *to be filed Nunc Pro Tunc to 3/17/2008* |
| Defendants. ) | |

  For good cause being shown, Defendant's Motion to Shorten Time [Docket No. 84] is hereby GRANTED.

IT IS SO ORDERED.

DATED: March 17, 2008

                */s/ Jeffrey T. Miller*
                Hon. Jeffrey T. Miller
                United States District Judge